IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| KIMBERLY EZZELL HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 02-PT-2897-M |
| ) | |
| CITY OF ARGO, ALABAMA, and ) | |
| ST. CLAIR COUNTY, ALABAMA, ) | |
| ) | |
| Respondent(s). ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation entered August 26, 2003, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, St. Clair County's motion to dismissed is due to be granted and the case against this defendant is due to be dismissed. An appropriate order will be entered.

DONE, this 3rd day of October, 2003.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE